**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

The State, Respondent,

v.

Michael Singleton, Appellant.

Appellate Case No. 2011-185706

―――――――――

Appeal From Charleston County
Roger M. Young, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2012-UP-512
Submitted September 4, 2012 – Filed September 5, 2012

―――――――――

**APPEAL DISMISSED**

―――――――――

Chief Appellate Defender Robert Michael Dudek, of
Columbia, for Appellant.

John Benjamin Aplin, of the South Carolina Department
of Probation, Parole & Pardon Services, of Columbia, for
Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.